**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| JOHNSON OUTDOORS INC. and JOHNSON OUTDOORS MARINE ELECTRONICS, INC., ) ) ) ) | |
| Plaintiffs/Counterclaim Defendants, ) ) | |
| v. ) ) | Civil Action No.: 2:14-CV-00683-WKW |
| GARMIN INTERNATIONAL, INC. and GARMIN USA, INC. ) ) ) | |
| Defendants/Counterclaim Plaintiffs. ) ) | |

**FIFTH JOINT REPORT REGARDING STATUS OF ITC INVESTIGATION**

Pursuant to the Court's May 12, 2015 Order (D.I. 80), Johnson Outdoors and Garmin hereby jointly file this fifth report as to the status of International Trade Commission ("ITC") Investigation No. 337-TA-926.

Both Johnson Outdoors' and Garmin's appeals of the ITC's November 18, 2015 Commission Opinion remain pending in the United States Court of Appeals for the Federal Circuit (docket nos. 16-1492 and 16-1574).

Please let us know if the Court wishes any further information.

Dated: May 2, 2016 Respectfully submitted,

/s/ *G. Lane Knight*
David R. Boyd (ASB-0717-D52D)
E-mail: dboyd@balch.com
G. Lane Knight (ASB-6748-I72K)
E-mail: lknight@balch.com
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101-0078)
Montgomery, AL  36104
Tel.: (334) 834-6500
Fax: (334) 269-3115

Douglas Sharrott (NY2675213)
E-mail: dsharrott@fchs.com
Edward E. Vassallo (NY1181890)
E-mail: evassallo@fchs.com
Andrew Kutas (NY4905063)
E-mail: akutas@fchs.com
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY  10104-3800
Tel.: (212) 218-2100
Fax: (212) 218-2200

John B. Wyss (DC199356)
E-mail: jwyss@wileyrein.com
WILEY REIN LLP
1776 K Street N.W.
Washington, DC  20006
Tel:  (202) 719-7000
Fax:  (202) 719-7049

*Counsel for Plaintiffs*
*Johnson Outdoors Inc. and*
*Johnson Outdoors Marine Electronics, Inc.*

/s/ *Charles A. Stewart III (w/permission)*
Charles A. Stewart III (STE067)
Jonathan C. "Rudy" Hill (HIL070)
BRADLEY ARANT BOULT CUMMINGS LLP
RSA Dexter Avenue Building
445 Dexter Avenue, Suite 9075
Montgomery, AL  36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: cstewart@babc.com
          rhill@babc.com

Nicholas Groombridge
Jennifer H. Wu
Nathanial J. McPherson
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019
Tel:  (212) 373-3000
Fax:  (212) 757-3990
E-mail: ngroombridge@paulweiss.com
           jwu@paulweiss.com
           nmcpherson@paulweiss.com

Kenneth A. Gallo
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC  20006
Tel:  (202) 223-7356
Fax:  (202) 204-7356
E-mail: kgallo@paulweiss.com

*Counsel for Defendants Garmin International,*
*Inc. and Garmin USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that May 2, 2016, a true and correct copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Charles A. Stewart III
Jonathan C. "Rudy" Hill
BRADLEY ARANT BOULT CUMMINGS LLP
RSA Dexter Avenue Building
445 Dexter Avenue, Suite 9075
Montgomery, AL  36104
cstewart@babc.com
rhill@babc.com

Nicholas Groombridge
Jennifer H. Wu
Nathanial J. McPherson
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019
ngroombridge@paulweiss.com
jwu@paulweiss.com
nmcpherson@paulweiss.com

Kenneth A. Gallo
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006
kgallo@paulweiss.com

*/s/ G. Lane Knight*
OF COUNSEL